UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                            CASE NO. 25-11545-CLC
                                                                                                       Chapter 7
**JUSTINE EDWARD GOULD**

_____Debtor._____/

### TRUSTEE'S *EX PARTE* MOTION FOR EMPLOYMENT OF JOSHUA D. SILVER AND MARKOWITZ, RINGEL, TRUSTY & HARTOG, P.A. AS ATTORNEYS FOR TRUSTEE EFFECTIVE AS OF MARCH 12, 2025

Joel L. Tabas (the "Trustee"), as Chapter 7 trustee of the bankruptcy estate of Dargel Hernandez and Idania Mendez, pursuant to 11 U.S.C. §§ 105 and 327, and Federal Rule of Bankruptcy Procedure 2014, files his *Ex Parte* Motion for Employment of Joshua D. Silver and Markowitz, Ringel, Trusty & Hartog, P.A. as Attorneys for the Trustee Effective as of March 12, 2025 (the "Motion"), and as good cause for same, states as follows:

1.      This case commenced with the filing of voluntary Chapter 7 petition by the Debtors, Dargel Hernandez and Idania Mendez (the "Debtors"), on February 14, 2025. Shortly thereafter, the Trustee was appointed Chapter 7 trustee of the Debtors' bankruptcy estate (the "Estate").

2.      The Trustee believes it is necessary to retain counsel in this case to provide necessary legal services required in the administration of the Estate and wishes to employ attorney Joshua D. Silver and his firm Markowitz, Ringel, Trusty & Hartog, P.A. ("MRTH") for said services, effective as of March 12, 2025.

3.      This Court has the power to authorize said employment pursuant to 11 U.S.C. § 327(a) which provides, in pertinent part, that "… the trustee, with the court's approval, may employ one or more attorneys, accountants, appraisers, auctioneers, or other professional persons,

that do not hold or represent an interest adverse to the estate, and that are disinterested persons, to represent or assist the trustee in carrying out the trustee's duties under this title."

4. Mr. Silver and the other attorneys at MRTH are attorneys at law duly admitted to practice before this Court and other necessary state and federal courts in this jurisdiction and have a particular expertise with regard to bankruptcy and trustee/debtor matters in cases under Title 11 of the United States Code.

5. Mr. Silver's hourly rate is $525.00. The hourly rates for the other attorneys at MRTH ranges from $500.00 to $750.00 and the hourly rate for paralegals ranges from $175.00 to 225.00.[1] The Trustee believes that these rates are reasonable for the types of services Mr. Silver and MRTH will be providing. Further, Mr. Silver and MRTH have agreed to be compensated in accordance with 11 U.S.C. § 330.

6. Attached hereto as Exhibit "A" and incorporated by reference is a declaration identifying MRTH's connections with the Debtors, creditors, and interested parties and their respective counsel and the office of the United States Trustee as required under F.R.B.P. 2014-1(A).

7. As detailed in the declaration, Mr. Silver and MRTH: (a) do not hold or represent any interest adverse to the Estate; and (b) are disinterested as required by 11 U.S.C. § 327(a). However, in an abundance of caution and in the interests of full disclosure, the Trustee and Mr. Silver wish to further advise all interested parties and the Court that: (a) Trustee is Counsel at MRTH; and (b) Mr. Silver was formerly Trustee's law partner at Tabas & Silver, P.A. prior to becoming associated with MRTH. Neither the Trustee nor Mr. Silver believe that the above disclosures impair the applicants' disinterestedness.

---

[1] The foregoing rates are subject to change.

2

8.  Based on the foregoing, the Trustee believes that Mr. Silver and MRTH are qualified to perform the services for which they are to be engaged and seeks entry of an order authorizing the employment of Mr. Silver and MRTH as attorneys for the Trustee on the terms and conditions set forth herein, effective as of March 12, 2025.

9.  Pursuant to Local Rule 5005-1(G), a proposed Order accompanies this Motion.

**WHEREFORE,** Joel L. Tabas, as Chapter 7 trustee, respectfully requests this Honorable Court enter an Order: (i) granting the instant Motion: (ii) authorizing the Trustee to employ Joshua D. Silver and Markowitz, Ringel, Trusty & Hartog, P.A. as counsel to the Trustee effective as of March 12, 2025, with compensation for such legal services to be paid as an administrative expense in such amounts as this Court may hereafter determine and allow upon application or applications to be filed by said attorneys; and (iii) granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/ Joel L. Tabas
Joel L. Tabas
Chapter 7 Trustee
25 S.E. 2nd Avenue, Suite 248
Miami, FL 33131
Telephone: (305) 375-8171

Certificate of Service on Following Page

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 18, 2025, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case.

                                                Respectfully submitted,

                                                /s/ Joshua D. Silver
                                                Joshua D. Silver
                                                Florida Bar No. 100022
                                                Markowitz, Ringel, Trusty & Hartog, P.A.
                                                Proposed Attorneys for Trustee
                                                101 NE Third Avenue, Suite 1210
                                                Ft. Lauderdale, Florida 33301
                                                Telephone: (954) 767-0030
                                                jsilver@mrthlaw.com

# EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                         CASE NO.: 25-11545-BKC-CLC
                                               Chapter 7
**JUSTINE EDWARD GOULD**

_____Debtor._____/

**DECLARATION OF PROPOSED CHAPTER 7 COUNSEL TO THE TRUSTEE**

**JOSHUA D. SILVER**, pursuant to 28 U.S.C. § 1746, does state:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and the United States Bankruptcy Court for the Southern District of Florida.

2. I am employed by the law firm of Markowitz, Ringel, Trusty & Hartog, P.A. (the "Firm"), out of its Ft. Lauderdale office located at 101 NE Third Avenue, Suite 1210, Ft. Lauderdale, Florida 33301.

3. This Declaration is prepared pursuant to Rule 2014(a), Fed.R.Bank.P., to identify the Firm's connections with the debtors, creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States Trustee.

4. After conducting a review of the Firm's records and to the best of my knowledge and belief, I identified the following connections:

    A.    **Debtor**:  None.

    B.    **Creditors**[1]: The Firm has some connections with creditors of the Debtors.

---

[1] There are creditors listed in the Debtor's schedules that appear in the Firm's conflict check system, but which may or may not be the same entity that the Firm has or had a connection with. In an abundance of caution, this declaration identifies the Firm's connections by the creditor reflected in the Debtors' schedules and presumes the creditor is the same entity appearing in the Firm's conflict check system. If, however, there is a full name of creditor specified in the

I. <u>Creditor Representation - Closed</u>.  The Firm has represented the following creditors in the past on matters wholly unrelated to this case and all such matters are now closed<u>:  None.</u>

II. <u>Creditor Representation - Open</u>.  The Firm currently represents creditors on matters wholly unrelated to this case:  <u>None.</u>

III. <u>Representation Adverse to Creditors - Closed</u>.  The Firm has represented parties adverse to creditors on matters wholly unrelated to this case and all such matters are now closed:

 a. Truist Financial

 b. Internal Revenue Service

 c. American Express

 d. Bank of America

 e. Capital One, N.A.

 f. Citibank

 g. Citizens Bank

 h. JPMCB

 i. Macy's/DSNB

 j. PNC Bank

 k. Santander Consumer USA

 l. Sunrise Mills MLT LP

 m. Synchrony Bank/Jewelers Express

 n. Wells Fargo Mortgage

IV. <u>Representation Adverse to Creditors – Open</u>.  The Firm presently represents parties adverse to creditors on matters wholly unrelated to this case:

---

Debtor's schedules, the Firm only includes such creditor if the name in the Firm's conflict check system is an exact match.

    a. Truist Financial

    b. Internal Revenue Service

    c. American Express

    d. Bank of America

    e. Capital One, N.A.

    f. Citibank

    g. Citizens Bank

    h. JPMCB

    i. Macy's/DSNB

    j. PNC Bank

    k. Santander Consumer USA

    l. Sunrise Mills MLT LP

    m. Synchrony Bank/Jewelers Express

    n. Wells Fargo Mortgage

    o. Wells Fargo SBL

   V. <u>Representation Related to This Case</u>.  The Firm has represented parties on matters related to this case:  <u>None.</u>

  C. **Other Parties in Interest**.  The Firm and Mr. Silver note the following: (a) the Trustee is Counsel at the Firm; and (b) Mr. Silver was formerly Trustee's law partner at Tabas & Silver, P.A. prior to becoming associated with the Firm. Neither the Firm nor Mr. Silver believe that the above disclosures impair the applicant's disinterestedness in any way.

  D. **United States Trustee**.  <u>None.</u>

5. Based upon the foregoing representations, I do not believe that I or the Firm hold or represent any interest adverse to the estate, and that we are disinterested persons as required by 11 U.S.C. § 327(a).

**Declaration – 28 U.S.C. § 1746**

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2025.

*Joshua D. Silver*
JOSHUA D. SILVER
Florida Bar No. 100022